# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE HOLMES, JR., | Case No. 1:15-cv-1481---SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE |
| v. | |
| V. BOSSIE, | (ECF No. 3) |
| Defendant. | THIRTY DAY DEADLINE |

Plaintiff is proceeding pro se in this action pursuant to 42 U.S.C. § 1983. On September 30, 2015, Plaintiff filed a complaint in this action. However, Plaintiff did not sign the complaint, file an application to proceed in forma pauperis, or pay the filing fee. On October 14, 2015, an order issued requiring Plaintiff to file a signed complaint and an application to proceed in forma pauperis or pay the filing fee within thirty days. On October 21, 2015, Plaintiff filed an application to proceed in forma pauperis.

Plaintiff's application to proceed in forma pauperis is not adequately completed and the Court is thereby unable to determine if he is entitled to proceed without prepayment of fees in this action. The application states that Plaintiff received money from a business, profession, or other self-employment, and disability or workers compensation payments. But Plaintiff did not complete the section that requires him to state the amount of money received from each source and what he expects to continue to receive. Additionally, Plaintiff stated that he had other assets

1   ("drug") but did not include the value of the assets listed.

2       Accordingly, IT IS HEREBY ORDERED that:

3       1.    The Office of the Clerk is directed to provide Plaintiff with an application to
4           proceed in forma pauperis by a prisoner;

5       2.    Within thirty (30) days from the date of service of this order, Plaintiff shall either
6           file the attached application to proceed in forma pauperis, completed and signed,
7           or in the alternative, pay the $400.00 filing fee for this action; and

8       3.    The failure to comply with this order will result in dismissal of this action, without
9           prejudice.

IT IS SO ORDERED.

Dated:   **October 26, 2015**

UNITED STATES MAGISTRATE JUDGE